Glenn R. Kantor, SBN 122643
Email: gkantor@kantorlaw.net
Peter S. Sessions, SBN 193301
Email: psessions@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, California 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
David Britton

Jenny H. Wang, SBN 191643
E-mail: jenny.wang@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, California 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorney for Defendant
Lincoln Life Assurance Company of Boston

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRITTON,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No. 2:21-cv-00556-SB-RAO<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: January 21, 2021<br>Answer Filed: March 18, 2021<br>Trial Date: November 17, 2021<br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Magistrate Judge: Hon. Rozella A. Oliver |

NOTICE OF SETTLEMENT

The parties to the above-entitled action have reached a settlement which disposes of this matter in its entirety. The parties are in the process of finalizing the settlement documents, and anticipate that they will be in a position to file a stipulation for dismissal of all claims against all parties, with prejudice, within the next 30 days. The parties request that all current pending dates in this matter be removed from the Court's calendar.

DATED: August 12, 2021          KANTOR & KANTOR, LLP

                                By: */s/ Peter S. Sessions*
                                    GLENN R. KANTOR
                                    PETER S. SESSIONS
                                    Attorneys for Plaintiff
                                    David Britton

DATED: August 12, 2021          OGLETREE, DEAKINS, NASH, SMOAK & STEWART P.C.

                                By: */s/ Jenny H. Wang*
                                    JENNY H. WANG
                                    Attorney for Defendant
                                    Lincoln Life Assurance Company of Boston

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Jenny H. Wang, counsel for Defendant Lincoln Life Assurance Company of Boston, and that I have obtained Ms. Wang's authorization to affix her electronic signature to this document.