KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

FILED
CLERK, U.S. DISTRICT COURT
September 17, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRITTON,<br><br>Plaintiff,<br><br>vs.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | Case No. 2:21-cv-00556-SB-RAO<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Complaint Filed: January 21, 2021<br>Answer Filed: March 18, 2021<br>Judge: Hon. Stanley Blumenfeld, Jr.<br>Magistrate Judge: Hon. Rozella A. Oliver |

Pursuant to the stipulation of the parties, the above-entitled action is dismissed with prejudice. Each party shall bear its own fees and costs.

Dated: September 17, 2021



Stanley Blumenfeld, Jr.
United States District Judge

---

1
ORDER DISMISSING CASE WITH PREJUDICE